United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIUS ISAAC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. 4:16-CV-01253 |
| PRECISION DRILLING COMPANY, L.P., PRECISION DRILLING (US) CORPORATION, PRECISION DRILLING (US) CORPORATION D/B/A PRECISION DRILLING OILFIELD SERVICES CORPORATION AND PRECISION DRILLING OILFIELD SERVICES, INC. | § § § §§ § § § § § | |
| Defendants. | § § | JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CASE WITH PREJUDICE

Before the Court is Plaintiff's and Defendants' Joint Motion for Dismissal of Case with Prejudice. After reviewing the motion and all of the relevant evidence, the Court is of the opinion that the motion should be GRANTED.

It is so ORDERED.

SIGNED on this 12th day of June 2018.

Keith P. Ellison, United States District Judge

1